# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Havey,<br><br>    Plaintiff,<br><br>v.<br><br>Countertop Factory Southwest LLC,<br><br>    Defendant. | No. CV-22-00242-TUC-SHR<br><br>**Order Amending Scheduling Order** |

Having reviewed the motion to extend deadlines (Doc. 37) and good cause shown,

**IT IS ORDERED** the joint Motion (Doc. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** the deadlines contained in the Scheduling Order (Doc. 33) are amended as follows:

- The deadline for both parties to disclose lay witnesses is extended from May 26, 2023 up to and including **June 16, 2023**.
- The deadline for all discovery to be completed, including final supplementation of discovery responses, answers to interrogatories, production of documents, depositions, and requests for admissions, is extended from July 12, 2023 up to and including **July 28, 2023**.

**IT IS FURTHER ORDERED** all other deadlines contained in the Scheduling Order shall remain unchanged and in full force and effect.

Dated this 30th day of May, 2023.

Honorable Scott H. Rash
United States District Judge