1  BRYAN CAVE LEIGHTON PAISNER LLP, #145700
   Kyle S. Hirsch, 024155
2  Two North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4406
3  Telephone:  (602) 364-7000
   Fax:        (602) 364-7070
4  Email:      kyle.hirsch@bclplaw.com

5  Amanda E. Colvin, *pro hac vice*
   211 North Broadway, Suite 3600
6  St. Louis, MO  63102
   Telephone:  (314) 259-2000
7  Fax:        (314) 259-2020
   Email:      amanda.colvin@bclplaw.com
8
   Attorneys for Defendant Countertop Factory Southwest LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | No. 4:22-cv-00242-SHR<br><br>**JOINT MOTION TO EXTEND DEADLINES CONTAINED IN SCHEDULING ORDER** |

COME NOW Defendant The Countertop Factory Southwest, LLC ("CFS"), and Plaintiff Josephine Havey ("Havey" and, collectively with CFS, the "Parties"), by and through their respective counsel, and jointly request that this Court amend the existing deadlines set forth in the scheduling order (ECF No. 33, as amended by ECF No. 38) (the "Scheduling Order").  The Parties had submitted, and the Court granted, a prior joint motion to extend certain witness disclosure deadlines; but this is the first request for an extension of all other pending deadlines set forth in the Scheduling Order.

In support of this joint motion, the Parties state:

1. Through their respective counsel, the Parties have been actively engaged in settlement discussions.  Amanda Colvin is the lead lawyer for CFS, and has been handling settlement discussions and other litigation matters on behalf of CFS.

2. During the week of June 12, 2023, the partner, mentor and close friend of Ms. Colvin was hospitalized unexpectedly, and subsequently passed away on Sunday, June 18, 2023. As a result, Ms. Colvin has been and is currently out on bereavement leave.

3. As a result, CFS has requested and Havey has agreed to extend the following deadlines each of approximately four (4) weeks, subject to Court approval:

    A. The deadline for the Parties to disclose lay witnesses, which was June 16, 2023 (ECF No. 38), may be extended up to and including July 14, 2023.

    B. The deadline for the Parties to submit a Joint Settlement Status Report, which is July 12, 2023 (ECF No. 33, ¶ E), may be extended up to and including August 9, 2023.

    C. The deadline for the Parties to complete all discovery, which is July 28, 2023 (ECF No. 38), may be extended up to and including August 25, 2023.

    D. The deadline for the Parties to file all dispositive motions and/or motions for decertification, which is August 11, 2023 (ECF No. 33, ¶ D), may be extended up to and including September 8, 2023.

    E. The deadline for the Parties to file their Joint Proposed Pretrial Order, which is September 11, 2023 (ECF No. 33, ¶ G), may be extended until October 10, 2023, or if there are any pending dispositive motions, thirty days after the Court rules on same.

4. The Parties seek an extension of these deadlines to allow time to reconvene settlement discussions while simultaneously minimizing fees and expenses.

5. This request is not being made for the purpose of delaying this matter or for any other improper purpose.

6. Neither of the Parties will be prejudiced by the granting of this joint motion.

WHEREFORE, for the foregoing reasons, the Parties jointly move this Court for an Order amending the Scheduling Order as outlined above. A proposed form of order accompanies this joint motion.

DATED this 28th day of June, 2023.

BRYAN CAVE LEIGHTON PAISNER LLP

By  */s/ Kyle S. Hirsch*
Kyle S. Hirsch
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Amanda E. Colvin
211 North Broadway, Suite 3600
St. Louis, MO  63102

Attorneys for Defendant Countertop Factory Southwest LLC

SANFORD LAW FIRM, PLLC

By  */s/ Sean Short*
Sean Short, *pro hac vice*
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR  72211

Attorneys for Plaintiff Josephine Havey

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System.

*/s/ Lisa Remus*