IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Havey,<br><br>         Plaintiff,<br><br>v.<br><br>Countertop Factory Southwest LLC,<br><br>         Defendant. | No. CV-22-00242-TUC-SHR<br><br>**Order Granting Joint Motion to Extend Deadlines in Scheduling Order** |

Having reviewed the "Joint Motion to Extend Deadlines Contained in Scheduling Order" (Doc. 39) (the "Motion"), and good cause shown,

**IT IS HEREBY ORDERED** the Motion (Doc. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** the deadlines contained in the Scheduling Order (Doc. 33, as amended by Doc. 38) (the "Scheduling Order") are amended as follows:

A. The deadline for both parties to disclose lay witnesses shall be extended from June 16, 2023 up to and including **July 14, 2023**.

B. The deadline for the parties to file their next Joint Settlement Status Report shall be extended from July 12, 2023 to **August 9, 2023**.

C. The deadline for all discovery to be completed, including final supplementation of discovery responses, answers to interrogatories, production of documents, depositions, and requests for admissions, shall be extended from July 28, 2023 up to and including **August 25, 2023**.

D. The deadline to file all dispositive motions and/or motions for decertification shall be extended from August 11, 2023 up to and including **September 8, 2023**.

E. The deadline for counsel to file a proposed Joint Proposed Pretrial Order shall be extended from September 11, 2023 up to and including **October 10, 2023,** unless any dispositive motion(s) and/or motion(s) for decertification are pending, in which case, the deadline will be thirty days after the Court rules on such motion(s).

F. All other deadlines calculated from the foregoing extended deadlines shall be recalculated accordingly.

**IT IS FURTHER ORDERED** all other deadlines contained in, and provisions of, the Scheduling Order shall remain unchanged and in full force and effect.

Dated this 28th day of June, 2023.

Honorable Scott H. Rash
United States District Judge