Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | NO. 4:22-cv-242-TUC-SHR<br><br>**JOINT SETTLEMENT STATUS REPORT** |

  Pursuant to paragraph B of the Court's Order Granting Joint Motion to Extend Deadlines in Scheduling Order (ECF No. 40), the parties, by and through undersigned counsel, hereby report settlement negotiations are ongoing and both parties are continuing to negotiate in good faith. Last week Defendant made a counteroffer to Plaintiff's written settlement demand and Plaintiff is currently evaluating Defendant's counteroffer. The parties remain optimistic that a negotiated settlement can be achieved.

  DATED this 10th day of August, 2023.

SANFORD LAW FIRM, PLLC


By  /s/ Sean Short
Sean Short, *Pro Hac Vice*
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR  72211

Attorneys for Plaintiff Josephine Havey


BRYAN CAVE LEIGHTON PAISNER LLP


By  /s/Amanda E. Colvin (w/permission)
Amanda E. Colvin
211 North Broadway, Suite 3600
St. Louis, MO  63102

Kyle S. Hirsch
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

Attorneys for Defendant Countertop Factory Southwest LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System.

/s/ Sean Short
**Sean Short**