Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | NO. 4:22-cv-242-TUC-SHR<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT** |

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. Plaintiffs represent that the parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. In light of their progress, Plaintiffs request that all deadlines be stayed pending finalization of their settlement.

DATED this 10th day of October, 2023.

1

SANFORD LAW FIRM, PLLC

By: */s/ Sean Short*
Sean Short
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Sean Short, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on October 10, 2023, to the attorneys of record in this matter.

*/s/ Sean Short*
**Sean Short**