Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | NO. 4:22-cv-242-TUC-SHR<br><br>**PLAINTIFFS' MOTION FOR TELEPHONIC STATUS CONFERENCE** |

Named Plaintiff Josephine Havey, individually and on behalf of others similarly situated, by and through her undersigned counsel, submits the following for her Motion for Telephonic Status Conference:

1. On October 11, 2023, the parties notified the Court that they had reached a settlement in principle that would resolve Plaintiffs' alleged claims, and that their dismissal papers would be forthcoming. Plaintiffs' Notice of Settlement, ECF No. 42.

2. Counsel for both parties exchanged proposed changes to the draft of a settlement agreement over the course of several months, with the last correspondence being a phone conversation on February 7, 2024.

3. On February 7, Defendant's counsel informed Plaintiff's counsel that they would contact their client and provide counter-redlines to the proposed settlement agreement document.

4. Defendant's counsel has sent no further communications since their telephonic conversation on February 7.

5. Defendant has stopped engaging with Plaintiff regarding the settlement documents and progress towards finalizing settlement documents has been stalled.

6. Plaintiff's counsel reached out to Defendant's counsel via telephone and voicemail as well as multiple emails since Defendant's counsel's last communication, to no avail.

7. Plaintiff requests that the Court order a telephonic status conference with the magistrate judge for scheduling the next steps.

8. Counsel for Plaintiff reached out to counsel for Defendant to determine their stance as to this Motion. However, no answer has been received.

WHEREFORE, premises considered, Named Plaintiff prays that the Court grant this Motion to set a status conference before the magistrate judge, and for all other necessary and proper relief.

DATED this 1st day of April, 2024.

SANFORD LAW FIRM, PLLC

By: */s/ Sean Short*
Sean Short
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Sean Short, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on April 2, 2024, to the attorneys of record in this matter.

*/s/ Sean Short*
**Sean Short**

3