Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated | NO. 4:22-cv-242-TUC-SHR |
| Plaintiffs, | **ORDER GRANTING MOTION FOR TELEPHONIC STATUS CONFERENCE** |
| v. | |
| The Countertop Factory Southwest, LLC, | |
| Defendant. | |

NOW on the date set forth below, upon review of Plaintiffs' Motion for Telephonic Status Conference (ECF No. 43), this Court orders as follows:

1.      Plaintiffs' Motion for Telephonic Status Conference (ECF No. 43) is hereby GRANTED.

2.      The Court will refer this matter to the magistrate judge for scheduling.

DATED this __ day of April 2023.

_____
**HON. SCOTT H. RASH**
**UNITED STATES DISTRICT JUDGE**