# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Havey,<br><br>           Plaintiff,<br><br>v.<br><br>Countertop Factory Southwest LLC,<br><br>           Defendant. | No. CV-22-00242-TUC-SHR<br><br>**Order Setting Status Conference Re: Notice of Settlement** |

Pending before the Court is Plaintiffs' Motion for Telephonic Status Conference (Doc. 43) regarding Plaintiffs' Notice of Settlement (Doc. 42).

**IT IS ORDERED** the Motion (Doc. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** a twenty-minute status conference is set for **Thursday, May 2, 2024, at 11:00 a.m.**, before the Honorable Scott H. Rash. The parties shall appear telephonically and shall call 866-390-1828 at the EXACT time of the hearing. The access code is 1437097.

**IT IS FURTHER ORDERED** Defendant may file a notice indicating the status of the case on or before **Tuesday, April 16, 2024**.

Dated this 2nd day of April, 2024.

Honorable Scott H. Rash
United States District Judge