BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Kyle S. Hirsch, 024155
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:   (602) 364-7000
Fax:         (602) 364-7070
Email:       kyle.hirsch@bclplaw.com

Amanda E. Colvin, *pro hac vice*
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone:   (314) 259-2000
Fax:         (314) 259-2020
Email:       amanda.colvin@bclplaw.com

Attorneys for Defendant Countertop Factory Southwest LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | No. 4:22-cv-00242-SHR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Amanda E. Colvin hereby withdraws as counsel on behalf of Defendant, The Countertop Factory Southwest, LLC ("Countertop"). Countertop will continue to be represented by Kyle S. Hirsch of Bryan Cave Leighton Paisner, Two Central Avenue, Suite 2100, Phoenix, Arizona 85004-4406, kyle.hirsch@bclplaw.com.

DATED this 16th day of April, 2024.

BRYAN CAVE LEIGHTON PAISNER LLP

By  */s/ Amanda E. Colvin*
    Amanda E. Colvin
    One Metropolitan Square
    211 North Broadway, Suite 3600

USA.615013636.1/TCY

St. Louis, MO 63102

Attorneys for Defendant Countertop Factory Southwest LLC

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System.

<i>/s/ Amanda E. Colvin</i>

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000