1 BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Kyle S. Hirsch, 024155
2 Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
3 Telephone:    (602) 364-7000
Fax:             (602) 364-7070
4 Email:          kyle.hirsch@bclplaw.com

5 Amanda E. Colvin, *pro hac vice*
211 North Broadway, Suite 3600
6 St. Louis, MO  63102
Telephone:    (314) 259-2000
7 Fax:             (314) 259-2020
Email:          amanda.colvin@bclplaw.com

8
Attorneys for Defendant Countertop Factory Southwest LLC
9
**IN THE UNITED STATES DISTRICT COURT**
10
**FOR THE DISTRICT OF ARIZONA**
11

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated, | No. 4:22-cv-00242-SHR |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| The Countertop Factory Southwest, LLC, | |
| Defendant. | |

18       Defendant, The Countertop Factory Southwest, LLC, ("Countertop"), submits the

19 following Status Report pursuant to the Court's April 2, 2024 Order (ECF No. 44):

20       1.       On October 11, 2023, the Parties notified the Court that they reached a

21 settlement in principle.  The parties then began finalizing the terms of the settlement

22 agreement.

23       2.       On January 19, 2024, Amanda Colvin, lead counsel for Countertop, departed

24 Bryan Cave Leighton Paisner—the law firm representing Countertop.  Ms. Colvin's Notice

25 of Withdrawal was filed today.

26

27

28

USA.615010690.3/TCY

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE:   (602) 364-7000

3.      After Ms. Colvin's departure, the undersigned consulted with R. Nelson Williams, who joined the St. Louis office of Bryan Cave Leighton Paisner (where Ms. Colvin worked) as a Partner on January 16, 2024.  Mr. Williams has undertaken the role of lead counsel in connection with settlement negotiations in this matter.

4.      Mr. Williams has reviewed Plaintiff's latest revisions to the settlement agreement, and provided additional feedback and comments regarding the settlement agreement to Plaintiff's counsel on April 12, 2024.  Mr. Williams also spoke with Plaintiff's counsel on April 12, 2024, to discuss the status of the proceedings.

5.      Countertop will work with Plaintiff to ensure the settlement proceeds without any additional delay.

DATED this 16th day of April, 2024.

BRYAN CAVE LEIGHTON PAISNER LLP


By  */s/ Kyle S. Hirsch*
    Kyle S. Hirsch
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406


    Attorneys for Defendant Countertop Factory
    Southwest LLC

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE:   (602) 364-7000

USA.615010690.3/TCY

2

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on April 16, 2024, I electronically submitted the attached

3   document to the Clerk's Office using the CM/ECF System.

4

5                              */s/ Kyle S. Hirsch*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA  85004-4406
TELEPHONE:    (602) 364-7000