# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Havey,<br><br>    Plaintiff,<br><br>v.<br><br>Countertop Factory Southwest LLC,<br><br>    Defendant. | No. CV-22-00242-TUC-SHR<br><br>**Order Vacating and Resetting Status Conference Re: Settlement** |

Considering Defendant's Status Report (Doc. 46),

**IT IS ORDERED** the Status Conference currently set for Thursday, May 2, 2024 at 11:00 A.M. is **VACATED** and reset to **Tuesday, July 30, 2024 at 11:00 A.M.**

Dated this 29th day of April, 2024.

Honorable Scott H. Rash
United States District Judge