Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Josephine Havey, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Countertop Factory Southwest, LLC,<br><br>Defendant. | NO. 4:22-cv-242-TUC-SHR<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL OF THE CASE WITH PREJUDICE** |

NOW on the date set forth below, upon review of the Parties' Joint Motion for Approval of Settlement Agreement and for Dismissal of the Case with Prejudice (ECF No. 47), this Court orders as follows:

1. The Parties' Joint Motion for Approval of Settlement Agreement (ECF No. 47) is hereby GRANTED and this case is dismissed with prejudice.

DATED this ___ day of June 2024.

**HON. SCOTT H. RASH**
**UNITED STATES DISTRICT JUDGE**