**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Josephine Havey, | No. CV-22-00242-TUC-SHR |
| Plaintiff, | **Order Granting Joint Motion for Approval of Settlement Agreement** |
| v. | |
| Countertop Factory Southwest LLC, | |
| Defendant. | |

Having reviewed the "Joint Motion for Approval of Settlement Agreement and for Dismissal of the Case with Prejudice" (the "Motion") (Doc. 48) and good cause shown,

**IT IS HEREBY ORDERED** the Motion (Doc. 48) is **GRANTED** and the Settlement Agreement (*See* Doc. 38-1) is **APPROVED**.

**IT IS FURTHER ORDERED** the status conference set for Tuesday, July 30, 2024, at 11:00:am (*See* Doc. 47) is **VACATED**.

**IT IS FURTHER ORDERED** this case is dismissed with prejudice and the Clerk of Court is directed to close this action.

Dated this 24th day of June, 2024.

Honorable Scott H. Rash
United States District Judge